UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Weston J. Stow

    v.                                    Civil No. 18-cv-1108-LM

Stephen Sloper, et al.

## **O R D E R**

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 3, 2020. Plaintiff Weston Stow has filed a "Motion to Amend the Complaint" (doc. no. 7). If I allowed Mr. Stow's proposed amendments to the complaint, those amendments would not alter my approval of the Magistrate Judge's Report and Recommendation (doc. no. 4). See Mulder v. Kohl's Dep't Stores, Inc., 865 F.3d 17, 20 (1st Cir. 2017) (court may deny leave to amend complaint when the proposed amended complaint is futile, in that it would not state a claim upon which relief might be granted). The motion to amend complaint (doc. no. 7) is denied.

This action is dismissed in its entirety, and the clerk is directed to enter judgment and close this case.

SO ORDERED.

                                                      _____
                                                      Landya McCafferty
                                                      United States District Judge

March 27, 2020
cc: Weston J. Stow, pro se